**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000104
23-SEP-2020
09:19 AM

NO. CAAP-20-0000104

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CHRIS SLAVICK, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 1PR191000014 (CR. NO. 1PC041001534))

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon consideration of self-represented Petitioner-Appellant Chris Slavick's (Slavick) July 7, 2020 declaration in response to the June 24, 2020 order to show cause, the papers in support, and the records in appellate case numbers CAAP-20-0000076 and CAAP-20-0000104, it appears that (1) Slavick's appeals in CAAP-20-0000076 and CAAP-20-0000104 are from the same January 23, 2020 circuit court order denying his petition for post-conviction relief under Hawaiʻi Rules of Penal Procedure

Rule 40 in 1PR191000014;[1] and (2) the appeal in CAAP-20-0000104 should be dismissed as duplicative.

Therefore, IT IS HEREBY ORDERED that the appeal in CAAP-20-0000104 is dismissed without prejudice to this court's consideration of the appeal in CAAP-20-0000076.

IT IS FURTHER ORDERED that all pending motions in CAAP-20-0000104 are dismissed.

DATED:  Honolulu, Hawai'i, September 23, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge

---

[1]  Slavick filed in the circuit court the notice of appeal that resulted in the creation of CAAP-20-0000076 and he filed in this court the notice of appeal that resulted in the creation of CAAP-20-0000104.  Although the notices of appeal were not identical, they unambiguously were from the same circuit court order in the same underlying case.  Slavick is cautioned not to file similar documents to different courts that result in overlapping and duplicative actions by this court.